**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YVONNE CLAYTON | § | |
| | § | CIVIL ACTION NO. 4:24-cv-01727 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| HTTH INVESTMENTS LLC | § | |
| | § | |
| Defendant | § | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

The issues between the parties and the case in controversy have been resolved.

DATED: July 2, 2024      Respectfully submitted,

BY:     ***/S/ R. Bruce Tharpe***
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID 13098

**LAW OFFICE OF**
**R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)

ATTORNEY OF RECORD FOR
PLAINTIFF YVONNE CLAYTON

<u>CERTIFICATE OF SERVICE</u>

I, R. BRUCE THARPE, do hereby certify that on July 2, 2024, this notice was served on all parties of record via the U.S. District Court for the Southern District of Texas – Houston Division electronic case filing system. A copy of this notice was also mailed / emailed to Defendant, who has not yet made an appearance in this case.

***/s/ R. Bruce Tharpe***
R. BRUCE THARPE,
ATTORNEY OF RECORD FOR
PLAINTIFF YVONNE CLAYTON