United States District Court
Southern District of Texas
**ENTERED**
July 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YVONNE CLAYTON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 24-1727 |
| | § | |
| HTTH INVESTMENTS LLC | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on July 2, 2024 (Doc. No. 7), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this ___2nd___ day of July 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE